AO 440 (Rev. 10/93) Summons in a Civil Action

**E-FILED**
Monday, 15 November, 2004  01:47:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

AUTUMN RISINGER,

V.

ENCORE RECEIVABLE MANAGEMENT, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2249

TO: (Name and address of Defendant)

ENCORE RECEIVABLE MANAGEMENT, INC..
c/o Lexis Document Services, Inc.
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
**CLERK**

s/M. Talbott
**(BY) DEPUTY CLERK**

11-15-04
DATE