**E-FILED**
Wednesday, 17 November, 2004  03:46:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

### AMENDED COMPLAINT

### PRELIMINARY STATEMENT

1.  This action seeks redress for the illegal practices of defendant in connection with the collection of debts.  The Complaint alleges that defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") entitling plaintiff to relief.

### JURISDICTION

2.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (general federal question jurisdiction) and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act).

### PARTIES

3.  Plaintiff, Autumn Risinger, is an individual who resides in Mattoon, Coles County, Illinois.

4.  Defendant, Encore Receivables Management, Inc. is a corporation organized under the laws of the State of Kansas.  Its principal place of business is located in Olathe, Kansas.

5.  Defendant Encore Receivable Management, Inc. is a "debt collector" as defined in Section 803(6) of the FDCPA, 15 U.S.C. section 1692a(5).

6.  Plaintiff Autumn Risinger is the holder of a Capital One credit card that was used for the purchase of consumer goods and services.

7.  Sometime prior to November 7, 2004, Capital One Bank placed Plaintiff's credit card account for collection with Defendant Encore Receivables Management, Inc.

8.  On Sunday, November 7, 2004, at 6:46 p.m., an employee of Defendant Encore Receivables Management named Matt B. placed a telephone call from 888-785-7719 to 217-235-0002 for the purpose of collecting the Capital One credit card debt.

9.  Matt B. identified himself as an employee of the Capital One collection department.

10. Matt B. advised Plaintiff Autumn Risinger that her account with Capital One was delinquent. Matt B. told Plaintiff that she should be embarrassed that she cannot pay her debt and continued to degrade Plaintiff during the two minute telephone call.

11. On Sunday, November 14, 2004, at 7:12 p.m., an employee of Defendant named Alvin M. contacted Plaintiff with the intent to collect the debt.

12. Defendant violated the FDCPA by making a debt collection telephone call on a Sunday in violation of 15 U.S.C. § 1692c(a)(1).

13. Defendant violated the FDCPA by misrepresenting that Capital One is actually collecting the debt in violation of 15 U.S.C. §§ 1692e, 1692e(10), and 1692e(14).

2

14. Defendant violated the FDCPA by using language with the natural consequence of which is to harass, oppress or abuse the Plaintiff during the collection of a debt in violation of 15 U.S.C. §§ 1692d and 1692d(2).

15. As a result of Defendant's conduct, Plaintiff suffered actual damages.

WHEREFORE, Plaintiff Autumn Risinger requests that the Court enter judgment in her favor and against Defendant Encore Receivable Management, Inc. for: (a) actual and statutory damages, (b) attorney's fees, litigation expenses and costs, and (c) such other or further relief as the Court deems appropriate.

AUTUMN RISINGER, Plaintiff

Dated: November 17, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com