UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| AUTUMN RISINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2249 |
| ) | |
| ENCORE RECEIVABLE ) | |
| MANAGEMENT, INC. ) | |
| ) | |
| Defendant(s). ) | |

### DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

COMES NOW Defendant Encore Receivable Management, Inc. (hereinafter "Encore"), by its attorney, Edwin C. Barney of Saikley, Garrison, and Colombo, Ltd., hereby moves this Court for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. In support of the instant Motion, Defendant states and alleges as follows:

1. Plaintiff has filed a Complaint alleging that Encore has violated 15 U.S.C. § 1692c(a)(1) of the Fair Debt Collection Practices Act based upon a phone call Encore made to Plaintiff on Sunday.

2. Plaintiff is relying on 15 U.S.C. § 1692c(a)(1) which states:

> Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt at any unusual time or place or at a time or place known or which should be known to be inconvenient to the consumer. In the absence of knowledge of circumstances to the contrary, a debt collector shall assume that the convenient time for communicating with a consumer is after 8 o'clock antemeridian and before 9 o'clock postmeridian, local time at the consumer's location.

3. The Federal Trade Commission Staff Commentary on the Fair Debt Collection Practices Act states:

> *Inconvenient or unusual times or places (Section 805(a)(1)).* A debt collector may not call the consumer at any time, or on any particular day, if he has credible information (from the consumer or elsewhere) that it is inconvenient. If the debt collector does not have such information, a call on Sunday is not per se illegal.

4. There is no statute or case which imputes such a prohibition against making calls on Sunday. Therefore, Plaintiff has no cause of action.

WHEREFORE, Defendant Encore moves said Motion to Dismiss be granted, for its attorney fees pursuant to Federal Rule 11, for costs and for such further relief as the Court deems just and equitable.

                      ENCORE RECEIVABLE MANAGEMENT, INC.,
                      Plaintiff

                      _____
                      ITS ATTORNEY

Edwin C. Barney
Saikley, Garrison, and Colombo, Ltd.
208 W. North Street
Danville, Illinois 61832
Tel:   217-442-0244
Fax:  217-442-0582

## CERTIFICATE OF MAILING

I hereby certify that on this ____ day of _____, 2004, a true and correct copy of the above and foregoing was deposited in the U.S. mail, postage prepaid, addressed to:

Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920

_____
Edwin C. Barney