**E-FILED**
Monday, 27 December, 2004  03:30:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G.Bernthal |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S OBJECTION TO MOTION TO DISMISS

NOW COMES Plaintiff AUTUMN RISINGER, by her attorneys, Brankey & Smith,

P.C., and for her Objection to the Motion to Dismiss filed by the Defendant ENCORE

RECEIVABLE MANAGEMENT, INC. states as follows:

1.    On November 17, 2004, Plaintiff filed an Amended Complaint alleging that

Defendant violated Sections 1692c(a)(1), 1692d, 1692d(2), 1692e, 1692e(10), and

1692e(14) of the Fair Debt Collection Practices Act.

2.    On December 23, 2004, Defendant filed a Motion to Dismiss pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure and  requested sanctions pursuant

to Rule 11 of the Federal Rules of Civil Procedure.

3.    Defendant has not complied with the requirements of Rule 11.

4.    Defendant has not addressed the allegation that Defendant violated Sections

1692d, 1692d(2), 1692e, 1692e(10), and 1692e(14) of the Fair Debt Collection

Practices Act.

WHEREFORE, Plaintiff AUTUMN RISINGER requests that the Court deny the Motion

to Dismiss filed by Defendant ENCORE RECEIVABLE MANAGEMENT, INC.


AUTUMN RISINGER, Plaintiff

Dated: December 27, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G.Bernthal |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached PLAINTIFF'S OBJECTION TO MOTION TO DISMISS has been electronically served upon:

Edwin C. Barney
Saikley, Garrison & Colombo, Ltd.
208 W. North Street
Danville, IL 61832

AUTUMN RISINGER, Plaintiff

Dated: December 27, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com