E-FILED
Tuesday, 01 February, 2005  01:55:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH INITIAL DISCOVERY DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) AND CDIL LR 26.3(A)**

NOW COMES Plaintiff AUTUMN RISINGER, by and through her attorneys, BRANKEY & SMITH, P.C., and respectfully notifies the Court that the initial disclosure has been served.

AUTUMN RISINGER, Plaintiff

Dated: February 1, 2005.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached PLAINTIFF'S NOTICE OF COMPLIANCE WITH INITIAL DISCOVERY DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) AND CDIL LR 26.3(A) has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

Edwin C. Barney
Saikley, Garrison, Colombo & Barney, Ltd.
208 W. North Street
Danville, IL 61832

AUTUMN RISINGER, Plaintiff

Dated: February 1, 2005.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com