E-FILED
Friday, 04 February, 2005  04:00:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

## JOINT REPORT OF PARTIES and
## PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, an initial meeting of the parties was held on January 12, 2005 with attorneys Edwin C. Barney, Jr. and Roy Jackson Dent participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Fed. R. Civ. P. 33 and 34, shall be served on opposing parties by April 1, 2005.

2. Plaintiff's deposition shall be taken by May 1, 2005.

3. Defendants' deposition shall be taken by July 1, 2005.

4. Third party actions must be commenced by June 1, 2005. Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Fed. R. Civ. P. 25(a)(2). as follows:

Plaintiff's expert(s): July 1, 2005

Defendant's expert(s): August 1, 2005

6. Depositions of expert witnesses must be taken by:

Plaintiff's expert(s): August 1, 2005

Defendant's expert(s): September 1, 2005

7. Discovery shall be completed by October 1, 2005 (which date shall be no later than ninety (90) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8. All dispositive motions shall be filed by December 1, 2005 (which date shall be no later than forty-five (45) days before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

Dated: January 12, 2005.

| | |
|---|---|
| s/ Roy Jackson Dent | s/ Edwin C. Barney, Jr. |
| Roy Jackson Dent | Edwin C. Barney, Jr. |
| Brankey & Smith, P.C. | Saikley, Garrison, Colombo & Barney, Ltd. |
| 622 Jackson Avenue | 208 W. North Street |
| Charleston, IL 61920 | Danville, IL 61832 |
| Phone: (217) 345-6222 | Phone: (217) 442-0244 |
| Facsimile: (217) 345-6232 | Facsimile: (217) 442-0582 |
| E-Mail: rdent@brankeysmithpc.com | E-Mail: edwincbarney@sbcglobal.net |
| Attorney for Plaintiff | Attorney for Defendant |