**E-FILED**
Monday, 07 February, 2005  03:16:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G.Bernthal |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO ENCORE RECEIVABLE MANAGEMENT, INC.; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO ENCORE RECEIVABLE MANAGEMENT, INC.; and PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO ENCORE RECEIVABLE MANAGEMENT, INC. has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

Edwin C. Barney
Saikley, Garrison, Colombo & Barney, Ltd.
208 W. North Street
Danville, IL 61832

AUTUMN RISINGER, Plaintiff

Dated: February 7, 2005.                s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiff
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com