**E-FILED**
Friday, 18 February, 2005  11:37:22 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **AUTUMN RISINGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 04-CV-2249** |
| | ) | |
| **ENCORE RECEIVABLE MANAGEMENT,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

A Report and Recommendation (#9) was filed by the Magistrate Judge in the above cause on February 3, 2005. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#9) is accepted by this court.

(2) Defendant's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (#4) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 18th day of February, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE