E-FILED
Thursday, 24 February, 2005  09:44:08 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| AUTUMN RISINGER, Plaintiff, | )<br>)<br>) |
| v. | ) No. 04-CV-2249 |
| ENCORE RECEIVABLE MANAGEMENT, INC., Defendant, | )<br>)<br>)<br>) |

## DISCOVERY ORDER

A discovery conference was held by telephone on February 8, 2005, pursuant to FRCP 16 and Local Rule 16.2(A). The plaintiff appeared by Roy Jackson Dent of Brankey & Smith, P.C., and the defendant appeared by Edwin C. Barney, Jr., of Saikley & Garrison, Columbo & Barney, Ltd. Deadlines were proposed and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **June 1, 2005.**

2. The deadline for joining additional parties is **June 1, 2005.**

3. The plaintiff shall disclose experts and provide expert reports by **July 1, 2005.** Plaintiff shall make such experts available for depositions by **August 1, 2005.**

4. The defendant shall disclose experts and provide expert reports by **August 1, 2005.** Defendant shall make such experts available for depositions by **September 1, 2005.**

5. All discovery, including deposition of experts, is to be completed by **October 1, 2005.**

6. The deadline for filing case dispositive motions shall be **December 1, 2005.**

7. This matter is scheduled for a *final pretrial conference* before the undersigned on **March 24, 2006** at **4:00 p.m.**

8. This matter is scheduled for *jury selection and jury trial* before the undersigned beginning at **9:00 a.m., April 3, 2006.**

ENTERED this 24th day of February, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE