UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| AUTUMN RISINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2249 |
| ) | |
| ENCORE RECEIVABLE ) | Judge Michael P. McCuskey |
| MANAGEMENT, INC. ) | |
| a Kansas Corporation, ) | Magistrate Judge David G. Bernthal |

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2005, a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, addressed to:

Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920

SAIKLEY, GARRISON & COLOMBO, LTD

_____
Edwin C. Barney
208 W. North Street
Danville, IL 61832
Phone: (217) 442-0244
Fax: (217) 442-0582
Attorneys for Encore Receivable Management Inc.

8