E-FILED
Friday, 10 June, 2005 01:20:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| AUTUMN RISINGER, | ) |
| | ) 04-2249 |
| Plaintiff, | ) |
| | ) Jury Trial Demand |
| vs. | ) |
| | ) Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) |
| MANAGEMENT, INC., | ) |
| a Kansas corporation, | ) Magistrate Judge David G. Bernthal |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO STAY SUMMARY JUDGMENT MOTIONS PENDING DISCOVERY

NOW COMES Plaintiff AUTUMN RISINGER, by her attorneys, Brankey & Smith, P.C., and moves this Honorable Court for an Order staying Motions For Summary Judgment pending the completion of discovery and in support thereof states as follows:

1. On November 17, 2004, Plaintiff filed an Amended Complaint alleging that Defendant violated Sections 1692c(a)(1), 1692d, 1692d(2), 1692e, 1692e(10), and 1692e(14) of the Fair Debt Collection Practices Act.

2. On February 1, 2005, Plaintiff served her initial disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

3. On February 7, 2005, Plaintiff served Defendant with her first set of interrogatories, her first request for production of documents, and her first request for admission of facts.

4. On March 9, 2005, Plaintiff's counsel sent a letter to Defendant's counsel requesting responses to discovery. A copy of the letter is attached hereto and

incorporated herein by reference as Exhibit A.

5. Plaintiff did not receive a response to either the discovery or the letter.

6. On March 18, 2005, Plaintiff's counsel sent a second letter to Defendant's counsel requesting responses to discovery. A copy of the letter is attached hereto and incorporated herein by reference as Exhibit B.

7. Plaintiff did not receive a response to either the discovery or the letter.

8. On April 21, 2005, Plaintiff's counsel sent a third letter to Defendant's counsel requesting responses to discovery. A copy of the letter is attached hereto and incorporated by reference as Exhibit C.

9. Shortly thereafter, Plaintiff's counsel received a voicemail message from Defendant's counsel stating that responses would be made within the next few weeks and that Defendant will be propounding discovery upon the Plaintiff.

10. On June 8, 2005, Defendant filed a Motion For Summary Judgment.

11. Plaintiff should be allowed to conduct discovery in order to prepare her case and to respond to the Motion For Summary Judgment.

12. Plaintiff asks this Court to stay all Motions for Summary Judgment until October 1, 2005, which is the deadline for completing discovery previously set by this Court on February 24, 2005.

WHEREFORE, Plaintiff AUTUMN RISINGER requests that the Court to stay all motions for summary judgment pending the completion of discovery.

                                      AUTUMN RISINGER, Plaintiff

Dated: June 10, 2005.        s/ Roy Jackson Dent
                                      Roy Jackson Dent Bar Number 6255835
                                      Attorney for Plaintiffs
                                      Brankey & Smith, P.C.
                                      622 Jackson Avenue
                                      Charleston, IL 61920
                                      Phone: (217) 345-6222
                                      Fax:   (217) 345-6232
                                      E-Mail: rdent@brankeysmithpc.com

**BRANKEY & SMITH, P.C.**
ATTORNEYS AT LAW

EDWARD W. BRANKEY
RODNEY L. SMITH *
ROY JACKSON DENT

ALSO LICENSED TO
PRACTICE IN:
* MINNESOTA

March 9, 2005

Edwin C Barney, Jr
Saikley, Garrison, Colombo & Barney Ltd
208 West North Street
Danville, IL 61832

RE:   Autumn Risinger vs. Encore Receivable Management, Inc
      United States District Court
      Central District of Illinois
      Case No. 04-2249

Dear Mr. Barney:

On February 7, 2005, I propounded the First Set of Interrogatories, the First Request for Production of Documents, and the First Request for Admissions. As of this date, I have not received either an answer or objection to discovery. At your earliest convenience, please let me know when you think discovery will be completed. I also reviewed the file and noted that your client has not made the initial disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure. Thank you for your attention to this matter.

Very truly yours,

Roy Jackson Dent

RJD/ajd

**EXHIBIT A**

622 JACKSON AVENUE
CHARLESTON, IL 61920
PHONE  217-345-6222
FAX    217-345-6232
FEIN   37-1362203

**BRANKEY & SMITH, P.C.**
ATTORNEYS AT LAW

EDWARD W. BRANKEY
RODNEY L. SMITH *
ROY JACKSON DENT

ALSO LICENSED TO
PRACTICE IN:
* MINNESOTA

March 18, 2005

Edwin C Barney, Jr
Saikley, Garrison, Colombo & Barney Ltd
208 West North Street
Danville, IL 61832

RE: Autumn Risinger vs. Encore Receivable Management, Inc
United States District Court
Central District of Illinois
Case No. 04-2249

Dear Mr. Barney:

    As of this date, I have not received your response to discovery. I am concerned about this because the deadline for amending the pleadings is June 1, 2005. At this point, it is quite possible that a class action lawsuit may exist against Encore Receivable Management, Inc. and I would not like to be barred from the opportunity. At your earliest convenience, please advise when you will be able to comply with discovery.

                                      Very truly yours,

                                      Roy Jackson Dent

RJD/ajd

EXHIBIT
B

622 JACKSON AVENUE
CHARLESTON, IL 61920
PHONE  217-345-6222
FAX    217-345-6232
FEIN   37-1362203

**BRANKEY & SMITH, P.C.**
ATTORNEYS AT LAW

EDWARD W. BRANKEY
RODNEY L. SMITH *
ROY JACKSON DENT

ALSO LICENSED TO
PRACTICE IN:
* MINNESOTA

April 21, 2005

Edwin C Barney, Jr
Saikley, Garrison, Colombo & Barney Ltd
208 West North Street
Danville, IL 61832

RE: Autumn Risinger vs. Encore Receivable Management, Inc
United States District Court
Central District of Illinois
Case No. 04-2249

Dear Ed:

    About a week or so ago I received a voice mail from you indicating that you would be propounding discovery and responding to my discovery. As of this date, I have received neither. At your earliest convenience, please give me some idea as to when I can expect both. In the meantime, my client is willing to resolve this matter for $10,000.00. Thank you for your attention to this matter.

Very truly yours,

Roy Jackson Dent

RJD/ajd

**EXHIBIT C**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached **PLAINTIFF'S MOTION TO STAY SUMMARY JUDGMENT MOTIONS PENDING DISCOVERY** has been electronically served upon:

Edwin C. Barney
Saikley, Garrison, Colombo & Barney, Ltd.
208 W. North Street
Danville, IL 61832

AUTUMN RISINGER, Plaintiff

Dated: June 10, 2005.    s/ Roy Jackson Dent
　　　　　　　　　　　Roy Jackson Dent Bar Number 6255835
　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　Brankey & Smith, P.C.
　　　　　　　　　　　622 Jackson Avenue
　　　　　　　　　　　Charleston, IL 61920
　　　　　　　　　　　Phone: (217) 345-6222
　　　　　　　　　　　Fax:　 (217) 345-6232
　　　　　　　　　　　E-Mail: rdent@brankeysmithpc.com