E-FILED
Tuesday, 28 June, 2005  11:14:34 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| AUTUMN RISINGER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Case No. 04-CV-2249 |
| | ) |
| ENCORE RECEIVABLE MANAGEMENT, INC., | ) ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 17, 2004, Plaintiff, Autumn Risinger, filed an Amended Complaint (#3) against Defendant, Encore Receivable Management, Inc. On June 8, 2005, Defendant filed a Motion for Summary Judgment (#14) with attached exhibits. On June 10, 2005, Plaintiff filed a Motion to Strike Motion for Summary Judgment (#16). Plaintiff stated that Defendant failed to attach a complete set of exhibits to the motion. Plaintiff also stated that Defendant has failed or refused to respond to discovery propounded on February 7, 2005. Plaintiff asked this court to strike the Motion for Summary Judgment. Plaintiff also, on June 10, 2005, filed a Motion to Stay Summary Judgment Motions Pending Discovery (#17). Plaintiff asked this court to stay all Motions for Summary Judgment until October 1, 2005, which is the deadline for completing discovery set by the court on February 24, 2005. Plaintiff argued that she should be allowed to conduct discovery in order to prepare her case and in order to prepare a response to any Motion for Summary Judgment.

Defendant did not file a Response to Plaintiff's Motions (#16, #17). Accordingly, pursuant to Rule 7.1(B)(2) of the Local Rules of the Central District of Illinois, this court

"presume[s] there is no opposition" to the motions.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's Motion to Strike Motion for Summary Judgment (#16) is GRANTED. Defendant's Motion for Summary Judgment (#14) is STRICKEN.

(2) Plaintiff's Motion to Stay Summary Judgment Motions Pending Discovery (#17) is GRANTED. Defendant is therefore precluded from filing any motions for summary judgment until after the deadline for completing discovery, October 1, 2005.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 28th day of June, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE