UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| AUTUMN RISINGER, ) | |
| ) | 04-2249 |
| Plaintiff, ) | |
| ) | Jury Trial Demand |
| vs. ) | |
| ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE ) | |
| MANAGEMENT, INC., ) | |
| a Kansas corporation, ) | Magistrate Judge David G. Bernthal |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO STRIKE MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff AUTUMN RISINGER, by her attorneys, Brankey & Smith, P.C., and moves this Honorable Court for an Order striking the Motion For Summary Judgment (Document #19) and in support thereof states as follows:

1. On November 17, 2004, Plaintiff filed an Amended Complaint alleging that Defendant violated Sections 1692c(a)(1), 1692d, 1692d(2), 1692e, 1692e(10), and 1692e(14) of the Fair Debt Collection Practices Act.

2. On February 24, 2005, this Court entered a Scheduling Order for the above-mentioned cause.

3. The Court set December 1, 2005, as the deadline for the filing of case dispositive motions.

4. On December 2, 2005, Defendant filed a Motion For Summary Judgment.

5. The Motion should be stricken as untimely.

WHEREFORE, Plaintiff AUTUMN RISINGER requests that the Court to strike the Motion For Summary Judgment.

AUTUMN RISINGER, Plaintiff

Dated: December 2, 2005.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:     (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached **PLAINTIFF'S MOTION TO STRIKE MOTION FOR SUMMARY JUDGMENT** has been electronically served upon:

Edwin C. Barney
Saikley, Garrison, Colombo & Barney, Ltd.
208 W. North Street
Danville, IL 61832

AUTUMN RISINGER, Plaintiff

Dated: December 2, 2005.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

3