# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# Urbana Division

| | |
|---|---|
| AUTUMN RISINGER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-2249 |
| ENCORE RECEIVABLE MANAGEMENT, ) | |
| INC., a Kansas corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The oral motion by the parties that the Court issue a 35-day Order is **GRANTED**.

2. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by **January 10, 2006.**

3. All time tables and scheduled hearings are **VACATED** until further order.

4. Any pending motions in this case are rendered **MOOT**. If settlement does not occur, the parties can request the motions be reinstated.

ENTER this 6th day of December, 2005

                                                   s/ DAVID G. BERNTHAL
                                                   U.S. MAGISTRATE JUDGE