IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| AUTUMN RISINGER, | ) | |
| | ) | 04-2249 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Michael P. McCuskey |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

NOW COME Plaintiff AUTUMN RISINGER, by and through her attorneys, Brankey & Smith, P.C., and Defendant ENCORE RECEIVABLE MANAGEMENT, INC., by and through its attorneys, Saikley, Garrison, Colombo & Barney, Ltd., and stipulate that the above-captioned cause should be dismissed with prejudice and with each party bearing its own costs.

Dated: January 12, 2006.


s/ Roy Jackson Dent
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

s/ Edwin C. Barney, Jr.
Edwin C. Barney, Jr.
Saikley, Garrison, Colombo & Barney, Ltd.
208 West North Street
Danville, IL 61832
Phone: (217) 442-0244
Facsimile: (217) 442-0582
E-Mail: edwincbarney@sbcglobal.net

Attorney for Defendant